UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY SUTTON,

                                    Plaintiff,

                    -v-

ERIC ADAMS, *et al.*,

                                    Defendants.

23-CV-3880 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

As Plaintiff is proceeding *pro se*, Plaintiff is advised that a *Pro Se* Law Clinic recently

opened in this District to assist people who are parties in civil cases and do not have lawyers.

The Clinic may be able to provide Plaintiff with advice in connection with the case.  The *Pro Se*

Law Clinic is run by a private organization called the New York Legal Assistance Group; it is

not part of, or run by, the Court (and, among other things, therefore cannot accept filings on

behalf of the Court, which must still be made by any unrepresented party through the *Pro Se*

Intake Unit).  The Clinic is located in the Thurgood Marshall United States Courthouse, 40

Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street

entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on

days when the Court is closed. An unrepresented party can make an appointment in person or by

calling 212-659-6190.

For information regarding motion formatting and deadlines, Plaintiff is advised to consult

the Southern District of New York's guide to motions, available at

https://www.nysd.uscourts.gov/sites/default/files/2018-06/motionsguide.pdf.  Plaintiff is also

advised to consult the Local Rules of the Southern District of New York, available at

https://www.nysd.uscourts.gov/sites/default/files/local_rules/rules-2018-10-29.pdf.

**With regards to the motion to dismiss, Plaintiff shall file an opposition by October 11, 2023, and the opposition shall be no more than 25 pages.**

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 20, 2023
       New York, New York

J. PAUL OETKEN
United States District Judge