UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY SUTTON,

                Plaintiff,

      -v-

ERIC ADAMS, *et al.*,

                Defendants.

23-CV-3880 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant is directed to move, answer, or otherwise respond to Plaintiff's Amended Complaint at ECF No. 18, which is the operative complaint, on or before November 3, 2023.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                                                   J. PAUL OETKEN
                                                      United States District Judge